OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



# UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT

21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE

215-597-2995

February 24, 2020

Amro A. Elansari
Martha Gale Esq.

RE: Amro Elansari v. Pamela Ruest, et al
Case Number: 19-3021
District Court Case Number: 2-19-cv-03609

Dear:

Please be advised that the above-entitled case(s) will be submitted on appellant's brief only, pursuant to 3rd Cir. LAR 34.1(a), with NO oral argument on **Monday, March 9, 2020**. This means your presence will not be required.

Very truly yours,
Patricia S. Dodszuweit, Clerk

By: s/Tiffany L. Grier
Calendar Clerk
267-299-4905

MMW:TLG

Pursuant to IOP Chapter 2, you are hereby advised that your appeal will be submitted before the following panel: **JORDAN, BIBAS and PHIPPS, Circuit Judges**