<u>MONDAY, MARCH 9, 2020</u>

<u>Coram: JORDAN, BIBAS and PHIPPS, Circuit Judges</u>

<u>No. 19-3021</u>
(Appellant's Brief Only)
(Pursuant to 3rd Cir. LAR 34.1(a))

AMRO A. ELANSARI,
      Appellant
v.
PAMELA RUEST; UNITED
STATES MARINE CORPS