UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 19-3021
_____

AMRO A. ELANSARI,
                                    Appellant

v.

PAMELA RUEST; UNITED STATES MARINE CORPS
_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 2:19-cv-03609)
District Judge: Honorable Petrese B. Tucker
_____

Submitted Pursuant to Third Circuit L.A.R. 34.1(a)
on March 9, 2020

Before: JORDAN, BIBAS, and PHIPPS, Circuit Judges
_____

JUDGMENT
_____

This cause came to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was submitted pursuant to Third Circuit L.A.R. 34.1(a) on March 9, 2020. On consideration whereof, it is now hereby

**ORDERED** and **ADJUDGED** by this Court that the judgment of the District Court entered August 20, 2019, be and the same hereby is **AFFIRMED**. Costs will not be taxed. All of the above in accordance with the opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated:  March 10, 2020