In The United States Courts
Eastern District of Pennsylvania

Amro Elansari
   Plaintiff

vs.

Pamela Ruest
   et al. Defendants.

No: 2:19-cv-3609

## Notice of Appeal

Notice is hereby given that the most recent order in this matter is hereby appealed to The Third Circuit Court of Appeals for the reason that -

exceptions to absolute immunity exist (see: Stump v. Sparkman 435 U.S. 349 (1978))

and dismissal was inappropriate.

Respectfully Submitted,

8/29/2019

Amro Elansari
Liberty And Justice For All

August 29, 2019

To The Honorable Court: No: 2:19-CV-3609

Hello,

I hope all is well with you.

My understanding is that there are exceptions to absolute immunity

- (Stump v. Sparkman - 435 US 349 (1978))

and summary dismissal is inappropriate.

Maybe I will be able to solidify my claims on appeal.

Thank you.

Respectfully Submitted,

8/29/19.

Amro Elansari
Liberty And Justice For All