IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMRO ELANSARI,<br>Plaintiff, | :<br>:<br>: |
| v. | :    CIVIL ACTION NO. 19-CV-3609 |
| | : |
| PAMELA RUEST, *et al.*,<br>Defendants. | :<br>: |

FILED
AUG 19 2019
KATE BARKMAN, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this 19th day of August, 2019, upon consideration of Plaintiff Amro Elansari's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and his *pro se* Complaint (ECF No. 2) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED with prejudice** for the reasons in the Court's Memorandum.

4. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

_____
PETRESE B. TUCKER, J.