AMRO A. ELANSARI,

      Appellant

v.

PAMELA RUEST; UNITED STATES MARINE CORPS