# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 19-3021

**Amro Elansari**              vs.    **Pamela Ruest** *et al.*

The Clerk will enter my appearance as Counsel of Record for (please list names of all parties represented, using additional sheet(s) if needed):

**President Judge Pamela Ruest**

who IN THIS COURT is (please check <u>only</u> one)

  ____ Petitioner(s)  _____ Appellant(s)  _____ Intervenor(s)

  ____ Respondent(s)  _☒_ Appellee(s)  _____ Amicus Curiae

(Type or Print) Name___Martha Gale, Esquire_____

    Mr. **Ms.** Mrs. Miss

  Firm  Administrative Office of PA Courts
  Address  Suite 1414, 1515 Market Street
  City & State  Philadelphia, PA
  Zip Code  19102
  Phone  (215)560-6300
  **Fax**  (215)560-5486
  **Please Type E-Mail Address**  legaldepartment@pacourts.us

**SIGNATURE OF COUNSEL**: /s/ Martha Gale, Esquire

==========================================================

ONLY COUNSEL OF RECORD SHALL ENTER AN APPEARANCE AND ONLY THAT ATTORNEY WILL BE THE ONE NOTIFIED OF THE COURT'S ACTION IN THIS CASE. OTHER ATTORNEYS WHO DESIRE NOTIFICATION SHOULD MAKE APPROPRIATE ARRANGEMENTS WITH COUNSEL OF RECORD.

ONLY ATTORNEYS WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT OR WHO HAVE SUBMITTED A PROPERLY COMPLETED APPLICATION FOR ADMISSION TO THIS COURT'S BAR MAY FILE AN APPEARANCE FORM.  (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)
*IT IS IMPORTANT THAT ALL REQUESTED INFORMATION BE PROVIDED AND THAT COUNSEL SIGN THE FORM IN THE APPROPRIATE AREA*.

IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

AMRO ELANSARI

|  |  |  |
|---|---|---|
| *Appellant* | : | CIVIL ACTION |
|  | : |  |
| v. | : | No.: 19-3021 |
|  | : |  |
| PAMELA RUEST *et al* | : |  |
|  | : |  |
|  | : |  |
| *Appellees* | : |  |

### **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on September 20, 2019, she personally caused to be served a true and correct copy of the foregoing *Entry of Appearance* via first class postage pre-paid mail to:

Amro Elansari
325 Penwyllt Court
Exton, PA 19341

**/s/ Martha Gale**
**MARTHA GALE, ESQUIRE**
Attorney I.D. No. 22190
Supreme Court of Pennsylvania
Administrative Office of PA Courts
1515 Market Street, Suite 1414
Philadelphia, PA 19102
legaldepartment@pacourts.us
(215) 560-6300
Fax: (215) 560-5486
***Attorney for Appellee,***
***President Judge Pamela Ruest***