# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

_____

### No. 19-3021
_____

Amro Elansari,

Appellant

v.

Pamela Ruest, The U.S. Marine Corps

Appellees

_____

*Appeal from the United States District Court for the
Eastern District of Pennsylvania, Docket No. 2:19-CV-3609-MEM
From The Order Dated September 9, 2019*

_____

### BRIEF OF APPELLANT
_____

Dated: November 5, 2019                                **Amro Elansari**

                                                               Amro Elansari
                                                               Law Student - Pro Se
                                                               amroelansari@gmail.com
                                                               325 Penwyllt Court
                                                               Exton, PA 19341
                                                               Liberty And Justice For All

# **TABLE OF CONTENTS**

*Table of Authorities*                                                                 2

**I. STATEMENT OF JURISDICTION / STANDARD OF REVIEW**          3

**II. STATEMENT OF ISSUES PRESENTED FOR REVIEW**                4

**III. STATEMENT OF THE CASE**                                              5

**IV. SUMMARY OF ARGUMENT**                                              10

**V. ARGUMENT**                                                                    11

To HELL with Pamela Ruest - living disgrace to the American Flag - and the system of corruption led by her and all of those other Centre County motherfuckers. Prison for all of them just like the "Kids for Cash" Judge - these people are criminals to the highest degree.

**VI. CONCLUSION**                                                                 14

## **TABLE OF AUTHORITIES**

**Cases:**

| | |
|---|---|
| Elansari v. U.S.A. No. 15-2843 (3d Cir. 2015) | 5 |
| Elansari v. Com. of Pennsylvania (3L18-CV-01123) | 6, 9 |
| Harry v. Marchant, 237 F.3d 1315, 1317 (11th Cir. 2001). | 3 |
| Stump v. Sparkman 435 U.S. 349 (1978) | 4, 9, 10, 12, 14 |
| U.S. v. Ciavarella, No 18-1498 (3d Cir. 2018) | 10 |

**Statutes:**

| | |
|---|---|
| 18 U.S.C. § 242 - Deprivation of Rights Under Color of Law | 6 |
| 28 U.S.C. §1331 | 3 |
| 28 U.S.C. § 1291 | 3 |

## I. STATEMENT OF JURISDICTION AND STANDARD OF REVIEW

Subject matter jurisdiction is proper under 28 U.S.C. §1331 because this action involves claims brought raising federal questions involving the 14th Amendment of the U.S. Constitution as it applies to the constitutional rights of the Plaintiff to be free from fraud and the judicial authority in this matter exceeding their jurisdiction as prescribed by law. Appellate jurisdiction is proper under 28 U.S.C. § 1291 since this appeal is taken from a final order issues in the United States District Court for the Eastern District of Pennsylvania.

Motion to dismiss complaint for failure to state a claim. Review is de novo. The court accepts all allegations of the complaint as true and construes the facts in the light most favorable to the plaintiff. Harry v. Marchant, 237 F.3d 1315, 1317 (11th Cir. 2001).

## II. QUESTIONS PRESENTED FOR REVIEW

1. Whether the actions of Pamela Ruest and their co-conspirators in this matter exceed jurisdiction as prescribed in *Stump v. Sparkman* 435 U.S. 349 (1978) and give grounds to the Appellant to file suit without the applicability of absolute immunity for judicial entities.

(Suggested Answer: Yes)

2. Whether the Lower Court erred in its erroneous dismissal of the Plaintiff's claims at the summary / pre-trial stage of proceedings.

(Suggested Answer: Yes)

REVERSE AND REMAND for further proceedings.

**III. STATEMENT OF THE CASE**

Pamela Ruest and her collective conspirators of institutional corruption cross all bounds and protections set forth by the U.S. Constitution and must pay the price for their wrongdoing. In addition to being inept, uneducated, and nothing more than a grumpy old lady without a thought or consideration in the world on that blanket stonewall face of theirs like they're some dunce that doesn't even know how to read, Pamela Ruest uses her grasp and authority *to conspire with others to deprive the Plaintiff of their rights specifically under a fraudulent scheme under the law and uses their position of authority to physically deprive the Plaintiff (a) of their freedom and (b) of their ability to make their political representations (c) in retaliation to the visible success the Plaintiff was having in opposing the civil rights violations Defendant Ruest and her collective conspirators were engaged in*.

And then, this matter aside (as it is pending in a federal lawsuit), being used as a continued fraudulent front to deprive the Plaintiff from enlistment in the Marine Corps at a critical time is what gives rise to this case.

The corruption, conspiracy, and fraud committed by Pamela Ruest, fuck face Officer Jones, bitch face Jessica Lathrope and cunt face sleeping around whore Stacy Parks Miller and the other Centre County fuck conspirators on October 15, 2016 to today - U.S. Code §242 Deprivation of rights under color of law - a federal offense - is one matter.

The use of this fraud to deprive the Plaintiff of enlistment in the Marine Corps at this critical time is what gives rise to the instant case. Pamela Ruest has her crony officers allege that I, a known law student, was "felony trespassing" on Penn State's campus when a student admittedly invited me to their dorm residence one day while I was gathering signatures in

5

opposition to corruption and unequal treatment committed in Centre County by Pamela Ruest and others - evidence of this very successful demonstration that was gaining momentum and support as follows: (Signatures filed Elansari v. Com. of Pennsylvania (3:18-CV-01123)





The corrupt Pamela Ruest and her Centre County / Penn State cornies could not bear to see the success of the Appellant's opposition to their criminal corruption and conspiracy and chose to act against him by (1) setting up the Appellant and (2) the use of any false pretense to use the force and color of law to deprive the Plaintiff of their rights by falsely alleging that the Plaintiff was criminally and feloniously trespassing on Penn State's property at 4:00 pm when they were clearly invited by a resident.

6

But the corruption does not end there, Pamela Ruest specifically grants three continuouses to the sworn police officer involved in the trial "for the holidays" while the Plaintiff is left to rot in a county correctional facility for 3 months and longer. She used the procedural aspects of her position to press on the Plaintiff specifically because of who they were, in retaliation - in retaliation to the Appellant's opposition to her corruption and treason to American principles.

Let me tell you something about fucking Pamela Ruest - not just "fuck Pamela Ruest" - not just "fuck Centre County" -  not just "to hell with Centre County" - not just "curse the fucking blood that flows in the veins of Pamela Ruest and these Centre County motherfuckers - "

But on the real - on the real for real - on the real for real for real

I pray that the God of Abraham and Moses themselves holds these people accountable for what they are -

And then I realize that they already have -

The God of Abraham and Moses has created the Centre County people to be corrupt alcohol guzzling God-less idiotic corrupt incest conspirator motherfuckers without any fucking integrity or dignity to take with them to their graves and the Hour of Judgment -

So what do I have to complain? These people are already condemned from the beginning.

These idiot motherfuckers going around from one DUI accident to an Alcohol overdose scene while jailing people for non-overdose-causing pot -

And you just can't help but wonder to yourself where the reason and the science is and what kind of **"rational basis" and "rational furtherance of a legitimate government interest" there is to support this -** (ban on pot is unconstitutional)

And then you see this Centre County motherfucker - Jake Corman - DUI in 1994 - representative in the Pennsylvania Legislature in 2018 - saying in the news that "pot is a dangerous mind altering substance" - a statement that is false and misleading -

And you just can't help but think to yourself - what the fuck is in the water these people drink that they are so fucking dumb and corrupt that they can't tell the difference between pot (which they probably smoke) and heroin or crack which can obviously deteriorate and physically addict a person in as little as several uses which is a legitimate and real danger.

You can't help but think to yourself (1) either these people are corrupt or (2) these people are dumber than 16 year old high schoolers when it comes to their knowledge -

But their lack of knowledge - and then their continued infringement upon my rights that came afterward - intentionally, maliciously, and unlawfully, - is not the subject matter of this case -

The subject matter of this case is the fraudulent representations outside of the judicial scope of authority that Pamela Ruest is taking which is depriving me of my ability to enlist in the Marine Corps as of August 2019.

Pamela Ruest uses the "felonious trespass" constructed conspiracy as a reason to extend required supervision and deprive Appellant the opportunity to enlist *regardless of this history (of fraudulent charges and an unconstitutional ban on pot - the unconstitutionality of which this very court is about to find in my favor on in* Elansari v. U.S.A. (19-1106*)(pending).*

Bear in mind - the Marine Corps never said I was unable to enlist - merely that I had to be off of probation in order to be able to - so even with this false pretense (that I was feloniously trespassing on Penn State's property - which I absolutely was not - clearly) - I would *still* be able to enlist if I qualified in other areas.

8

*But Pamela Ruest insisted on relying upon this fraud - that was fabricated and constructed years ago and is the subject matter of another litigation - the fraud that I was "feloniously trespassing" - a fraud that was promulgated by her and her procedural due process tactics to deprive the Appellant (me) of my rights under the color of the law with her co-conspirators who are also law enforcement officers - as a reason to deny release of probation (that I should not be one for anyway (1) the ban on pot is unconstitutional (2) habeas corpus on trial grounds about to pass to wipe the case in Harrisburg Federal Court (Elansari v. Com. of Pennsylvania (3L18-CV-01123) and (3) I never feloniously trespass on Penn State's property at 4 p.m. broad daylight homecoming weekend when my friend invited me into the dorm - as reasons to effectively deprive me of enlistment into the Marine Corps in August of 2019.*

This irreparably impacts my career in the field and will continuously impact my opportunities in rank the longer this fraud is used to deprive me of enlistment at this critical time.

This case is a question of whether (1) a Judge can use their position procedurally to impact circumstances outside of the courtroom and (2) whether this is sufficient action outside of the courtroom to justify a lawsuit under *Stump v. Sparkman* 435 U.S. 349 (1978).

Appellant argues that it easily does.

If so - then the Appellant has the right to bring suit against Pamela Ruest for this fraud and deprivation of rights outside of the courtroom context.

This is an extremely important case in terms of public interest and criminal justice reform because too often corrupt shit-judges such as Pamela Ruest in this case use these types of procedural strongarm tactics to deprive Americans of their rights. Stupid bitch woman can't even read.

**IV. SUMMARY OF ARGUMENT**

Summary dismissal is inappropriate if a valid cause of action is presented and evidence must be looked at in the light most favorable to the Plaintiff at this stage of the proceedings. If it is true that Pamela Ruest is using fraud and procedural tactics to have "outside of the courtroom / outside-jurisdiction" influence - then lawsuit is proper under *Stump v. Sparkman* (1978). Furthermore, the jurisdiction of a judge, which comes from the U.S. Constitution and State Constitutions, comes with the requirement of due process (truthfulness, correctness), the violation of which is also arguably "outside the jurisdiction" of a judge, which makes a case of such valid as "outside the jurisdiction" under *Stump v. Sparkman* (1978). This case is a rare - valid - case of exception to judicial immunity similar to the Cash-For-Kids case (See: U.S. v. Ciavarella, No 18-1498).

Dismissal with prejudice was inappropriate. Case must be reversed and remanded for further proceedings. Appellant is entitled to immediate relief as well in the form of being able to enlist without being obstructed by Centre County institutional racism and fraud.

## V. ARGUMENT

You would think that Pamela Ruest comes from a time before civil society - a time where people used to carve hieroglyphics into the wall and worship multiple gods - and even then they had systems of justice and due process.

But in Centre County, where "weed being illegal" is just a pretense to keep minorities weak according to the ACLU, and shit fuck judges like Pamela Ruest wander around without limits or authority, it might as fucking well be Ghenghis fucking Khan Mongolia in this bitch.

But what can you expect, stupid is as stupid does and what can you expect from a Third Circuit supervising authority that allows this type of nonsense to take place?

You guys had the opportunity to do Good by the Book when I came to this Court in 2015 in Elansari v. U.S.A. No. 15-2843 (3d Cir. 2015) - with the very evidence of the medical cannabis science and policy changes taking place nationwide - to prevent harm and violation of right to so many thousands and millions of people affected by this issue -

And rather than seriously consider this information - Judge Ambro puts out an opinion *as if he has never heard of medical marijuana before and to suggest such a thing as absurd*.

Such ignorance of science - fact - reason -

Resembles the ignorance of fact - science - reason - and interest of the people that King George had for the colonies when the Founding Fathers signed the Declaration of Independence.

Judges and the Courts have a duty to be proactive conveyors of justice - not absent minded corrupt nut fucks without a fucking soul on their way to HELL for their wonton disregard of all bounds and limitations.

This case contains several particulars that warrant it for further consideration under *Stump v. Sparkman* 435 U.S. 349 (1978).

Did Pamela Ruest exceed her jurisdiction under the constitution by using outside-of-the-courtroom procedural tactics to deprive the Plaintiff of a fair opportunity to challenge their (fraud) of a case of (feloniously trespassing in a Penn State dorm at 4 pm upon the admitted invited of a friend..)?

And what of the role of Pamela Ruest and the intentionally complex distribution and diffusion of responsibility between them and Officer Jones - Jessica Lathrope - and the other entities involved in this matter. Is the purposeful distribution of roles in a specific conspiracy to deprive a person of their rights under the color of the law - outside of the jurisdiction of a Judge - sufficient enough to bring suit under *Stump v. Sparkman* 435 U.S. 349 (1978).

And what of Pamela Ruest (and other Judges) continued ignorance of fact, science, and reason, when it comes to the marijuana-issue, and is this continued ignorance of all fact, science and reason, in addition to the ACLU evidence showing minority disparities, is the science and feigned-ignorance on this - a violation of the obligations of judges under the 14th Amendment of the U.S. Constitution to provide due process - thereby making it outside of the scope of their jurisdiction (to ignore truth) - sufficient enough to bring suit under *Stump v. Sparkman* 435 U.S. 349 (1978). Continued - depriving me of enlistment this very day.

*Stump v. Sparkman* 435 U.S. 349 (1978) is a case that describes exceptions to absolute immunity - mainly being cases where judges act outside of their jurisdictions being the main exception. It's how the Cash-For-Kids Judge in Pennsylvania, Mark Viavarella and Michael Conahan, were able to be held accountable. And, interestingly enough, this was for action related

to their holdings and findings in juvenile court proceedings which actually made the actions "courtroom" in nature - but - justice finds as justice wants.

In this case - there is nowhere to run and hide - if not from the Third Circuit litigation - then certainly not from the God of Abraham and Moses.

These people are corrupt to the highest degree - and the law says I can sue them for their actions outside of their jurisdiction - which means summary dismissal was inappropriate since a valid cause of action was stated - and the facts alleged if accepted as true and the inferences thereof are drawn in the light most favorable to the non-moving party (Appellant) - show that a valid case for judicial misconduct as prescribed by *Stump v. Sparkman* 435 U.S. 349 (1978) has been presented which makes summary dismissal inappropriate.

Furthermore, continued interference in causing irreparable damage to the Appellant from which complete equity and alleviation therefrom is demanded by the Appellant in the immediate addition to remanding this case for further proceedings.

## VI. CONCLUSION

When Abraham Lincoln fought for the Union and spoke at Gettysburg - he referenced at one point corruption from within as being one of the greatest enemies of the United States. What would he, coming from a time where women weren't even taught to read, think of Pamela Ruest and these rat fuck judges that ignore science and reason to hold on to their arbitrary and capricious racist customs - *and then fabricate an entire scheme of feloneously trespassing on property when a person was clearly invited by a friend* - in a case where the person was clearly a political target and the scheme was in retaliation of their opposition to injustice and unconstitutionality committed by Pamela Ruest and those with her - *and then insisting on using that fraud to prevent a person from enlisting to be ready to fight for their country and American principles of justice and due process*. Mother FUCK Pamela Ruest isn't even enough to suffice. I leave Pamela Ruest and every other one of those Centre County fraud fucks, Thomas Kistler, Johnathan Grine, and his fucking "no opening statement no closing statement" fuck father, not knowing 14th Amendment due process incorporation fuck judge Lundsford, prejudicial malnourished bitch Jessica Lathrope, sleeping around whore Stacy Parks Miller, corrupt fuck DUI Politician Jake Corman, fat fuck pig Officer Jones, and every single other one of those Centre County fraud fucks - to the God of Abraham and Moses for the Hour of Judgment - and to say "to hell with them" isn't even enough.
But then I realize - that the only thing worse than hell - is the curse they are currently living with right now.. being as they are.. corrupt and dumb.. like rats or flies.. So clearly evident from their actions and the way they live - and the lives they set up for their fellow people - mostly poor low income rural folk addicted to meth and heroin.

If believed as true, the facts stated by the Appellant in their complaint construed in the light most favorable to the Appellant presents a potential case of judicial misconduct not protected under absolute immunity as defined by *Stump v. Sparkman* 435 U.S. 349 (1978). For this reason, summary dismissal by the lower court was erroneous and in violation of law. This case must be REVERSED and REMANDED for further proceedings. Also, the Marine Corps, the ones who are supposed to fight for and defend themselves and one of their own as well as the rest of the United States, should be more considerate and open minded, rather than bureaucratic and stone-walling, which is what caused them to be on the defending side of this litigation. If I was a U.S. Marine Corps lawyer, I would have supported this potential enlister and their right to be free from fraudulent representation impacting their enlistment and the U.S. Marine Corps acquisition of assets. I was under the impression that we never give up on one another. *Semperis Fidelis*.

    REVERSE AND REMAND.

Respectfully Submitted,



Dated: November 5, 2019
Amro Elansari
Liberty And Justice For All