# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

19-3021

Amro Elansari v. Pamela Ruest, et al

2-19-cv-03609

# O R D E R

The Court has received the Appellant's Pro Se Brief from **Amro A. Elansari**.

**The brief does not comply with the following Court requirements:**

<u>**Timeliness**</u>

Brief filed out of time (Brief was due 10/21/19)

In order to cure a NON-TIMELY FILING **Amro A. Elansari** must file a motion for leave to file the brief out of time.

The deadline for the next brief will be determined by Order.

**Counsel or the party(ies) must correct the above listed deficiencies by 11/12/2019. No action will be taken on the document until the error(s) has (have) been corrected.**

**Pursuant to 3rd Cir. LAR Misc. 107.3 and 3rd Cir. LAR Misc. 113, if a party fails to comply with the electronic filing requirements, despite notice by the Clerk, the Court may impose sanctions. Such sanctions include, but are not limited to, imposition of costs, disciplinary sanctions, and dismissal of the case.**

**For questions please call 267-299-4917, or contact the Briefing Department of the Clerk's Office at 215-597-2995, option 2.**

For the Court,


s/Patricia S. Dodszuweit
Clerk

Date:  11/6/2019

**EF/cc: Amro A. Elansari,
        Martha Gale, Esq.**