# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

| | | |
|---|---|---|
| Amro Elansari, | : | |
|     Appellant | : | |
| | : | |
| v. | : | **No. 19-3021** |
| | : | |
| Pamela Ruest, The U.S. Marine Corps | : | |
|     Appellees | : | |

## MOTION FOR LEAVE TO FILE OUT OF TIME

AND NOW, as per instruction of the non-compliance order issues November 6, 2019, pertaining to this matter, the Appellant hereby files the instant motion for leave to file out of time and in support thereof avers the following:

1. It is the understanding of the Appellant that leave to file out of time to attorneys if they are working on more than one case at a time.

2. Specifically - the Appellant was appealing the

    *Elansari v. University of Pennsylvania* -  (3rd Circuit 2019) (19-2042)

To the Supreme Court of the United States, *pro se*, which still required printing 10 copies of the petition and mailing them to the Supreme Court.

This was done on October 24, 2019 and took a considerable amount of time and effort to prepare. Receipt confirmation from the Supreme Court is attached.

3. In addition to the aforementioned case, the Plaintiff is also litigating a considerable number of other cases, *pro se*, including several currently pending in this court specifically which are:

*Elansari v. U.S.A., Pennsylvania, Penn State Law* (3rd. Circuit 2019) - 19-1106

*Elansari v. Jagex*, (3rd. Circuit 2019) - 19-2696

*Elansari v. Tinder*, (3rd Circuit 2019) - 19-2789

The briefs for these cases have been submitted and decision is currently pending.

4. This instant case the brief has been carefully prepared and presented for filing is for the instant case,

*Elansari v. Ruest, U.S. Marine Corps*, (3rd Circuit 2019) - 19-3021

5. And still need to be submitted are briefs for

*Elansari v. PASSHE, Michael Ferguson, Jill Fluck,* (3rd Circuit 2019) - 19-3020

    Which I had to take time to specifically fill out an IFP form (delay)

*Elansari v. Altria, et. al.* - (3rd Circuit 2019) - 19-3177

6. And outside of this instant court, the Appellant is litigating cases in the Eastern District right below including

*Elansari v. Golf Club Apartments, et al.* 2:18-4171

    Previously in this Court as 19-1607 - remanded for further proceedings

And has been experiencing quite a substantial amount of difficulty in filing the paperwork and recognition of its filing by acting Judge Timothy Savage which is entirely an obstruction of justice and the Appellant's fundamental right to sue which is engraved on glass in the lobby of this Court and promised to every citizen under the Constitution of the United States, a criminal act, which is entirely unjust in and of itself, particularly because it costs the Appellant so much more to continue playing these pathetic games with an obstruction of justice and a criminal judge. Let this accusation of Timothy Savage rest here in Philadelphia along with the words of the Founding Fathers. Even though the case has been remanded by this court, Timothy Savage refuses to comply in accepting the amended complaint amended to include supplementary facts and accusations which through inference implicate multiple Defendants. No reason has there been to obstruct litigation from the onset of this case, and Timothy Savage is a federal offense criminal for what they have done in the past year regarding this.

7. It is the understanding of the Appellant that if lawyers are pressed for time and working on multiple cases at once, missing the filing by a number of days in a *de minimis* manner is typically granted leave to file out of time in cases of mistakes..

Appellant is requesting the same liberal consideration, especially in that they are a *pro-se* litigant that should not even have to be litigating this many appeals to begin with - *valid causes of action are not suitable for summary dismissal*.

The array of cases comes from a lack of respect for the law by the accused Defendants in each of these cases - as well as the Judges that are refusing to grant the justice that is promised to every citizen through the Courts - and this is a huge crime in the United States.

Had the Appellant not been a law student and fluent in the law, no ordinary citizen would recognize the sheer amount of twisted corruption each Judge makes the ordinary citizen go through to obtain the justice and process they are due.

Corruption is the greatest undermining of the American flag and none of the members of any of these Courts seems to understand their role in their perpetration of this injustice.

Making an ordinary citizen go through so many hoops to obtain standard due process is dishonorable and a part of the cause of this mess to begin with.

8. Appellant is requesting leave to file the brief several days out of time due to the number of cases they are litigating at one time. And the Appellant took a considerable amount of time to properly prepare the instant brief which is also a factor that impacted the instant delay - the brief had to be properly prepared.

Respectfully Submitted,



_____

Dated: November 12, 2019      Amro Elansari

Liberty And Justice For All