# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

| | | |
|---|---|---|
| AMRO A. ELANSARI | : | |
| | : | CIVIL ACTION |
| *Appellant* | : | |
| | : | |
| v. | : | |
| | : | No.   19-3021 |
| | : | |
| HONORABLE PAMELA RUEST *et al.* | : | |
| | : | |
| *Appellees* | : | |

## MOTION TO BE EXCUSED FROM FILING A BRIEF FILED
## ON BEHALF OF APPELLEE, HONORABLE PAMELA RUEST

NOW COMES Appellee Honorable Pamela Ruest, by and through undersigned counsel, who moves this Honorable Court to be excused from filing a Brief and avers in support as follows:

1. Appellant/Plaintiff filed this action in District Court against the United States Marine Corps and the Honorable Pamela Ruest, President Judge of the Centre County Court of Common Pleas who had denied his petition for early termination of his probation sentence for various drug-related offenses which he had filed to enable him to join the Marine Corps, asking the District Court to allow him to enlist.

2. By August 19, 2019 Opinion and Order, and before service was effected on Appellees, the District Court dismissed Appellant's Complaint pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii), which requires the Court to dismiss a Complaint if it frivolous or fails to state a claim, as well as the absolute judicial immunity to which Judge Ruest is entitled when deciding a petition and handling a related hearing in her judicial capacity and as part of her judicial duties.

3. Appellant filed this appeal and a Brief which draws legal conclusions without factual support, such as Judge Ruest is ignorant of fact, science and reason in relation to marijuana, is riddled with profanity and disrespectful insults, and contains no authority for his position that President Judge Ruest, a neutral adjudicator, is somehow responsible for any ban on the use of marijuana, which he alleges should be legalized.

4. Pennsylvania taxpayers, President Judge Ruest and counsel should be spared additional time and expense in this matter where further briefing will not serve to elucidate the well-settled legal principles set forth in the District Court's Opinion.

5. Established legal defenses applicable to President Judge Ruest would be diminished if state Courts were required to expend public resources to prepare a brief setting forth dispositive arguments in support of such defenses, particularly where Appellant's Brief is substandard.

6. The defense of absolute judicial immunity raised in the record by the District Court is a complete defense for Judge Ruest, supported by precedent of this Court and require no briefing.

7. Appellant's Brief speaks for itself and requires no further response.

8. Because this matter was addressed in the District Court and the underlying record is available to this Honorable Court, the parties are not prejudiced if this Court decides this appeal without a formal brief from President Judge Ruest.

**WHEREFORE** Appellee President Judge Ruest respectfully requests to be excused from filing a brief in this Honorable Court.

        Respectfully submitted,

        **s/Martha Gale**
        MARTHA GALE, ESQUIRE
        Attorney I.D. No. PA 22190
        Supreme Court of Pennsylvania
        Administrative Office of PA Courts
        1515 Market Street, Suite 1414
        Philadelphia, PA 19102
        legaldepartment@pacourts.us
        (215) 560-6300, Fax: (215) 560-5486
        ***Attorney for Appellee,***
        ***Honorable Pamela Ruest***

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE THIRD CIRCUIT**

| | |
|---|---|
| AMRO A. ELANSARI : | |
| : | CIVIL ACTION |
| *Appellant* : | |
| : | |
| v. : | |
| : | No.  19-3021 |
| : | |
| HONORABLE PAMELA RUEST *et al.* : | |
| : | |
| *Appellees* : | |

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on November 14, 2019, she personally caused to be served upon the following a true and correct copy of the foregoing *Motion to be Excused from Filing a Brief*, via CM/ECF to all counsel of record and first class mail postage prepaid mail to:

Amro A. Elansari
Mojo Legal Services, LLC
325 Penwyllt Circle
Exton, PA 19341
***Pro Se Plaintiff***

**/s/ Martha Gale**
MARTHA GALE, ESQUIRE
Attorney I.D. No.  22190
Supreme Court of Pennsylvania
Administrative Office of PA Courts
1515 Market Street, Suite 1414
Philadelphia, PA 19102
legaldepartment@pacourts.us
(215) 560-6300, Fax (215) 560-5486
***Attorney for Appellee,***
***Honorable Pamela Ruest***