UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **19-3021**

Elansari v. Ruest

To:    Clerk

1)    Motion by Appellant for Leave to File Brief Out of Time

The foregoing is granted with filing as of November 5, 2019.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: November 21, 2019
EAF/cc:　　Martha Gale, Esq.
　　　　　　Amro A. Elansari