UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **19-3021**

Elansari v Ruest

To:     Clerk

    1)     Motion by Appellee to be Excused from Filing a Brief

---

    The foregoing motion is referred to a motions panel. The briefing schedule is hereby stayed. If the motion to be excused from filing a brief is denied or referred to the merits panel, Appellee's brief must be filed and served within 30 days of the date of the order denying or referring the motion.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: November 21, 2019
JK/cc: Amro A. Elansari
       Martha Gale, Esq.