UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

December 9, 2019
DCO-022

No. 19-3021

AMRO A. ELANSARI,
Appellant

v.

PAMELA RUEST; UNITED STATES MARINE CORPS

(E.D. Pa. No. 2-19-cv-03609)

Present: RESTREPO and PORTER, Circuit Judges

1. Motion filed by Appellee Pamela Ruest for leave to be excused from filing a brief pursuant to LAR 31.2.

Respectfully,
Clerk/JK

_____ORDER_____
The foregoing Motion to be Excused is GRANTED.

By the Court,

s/ David J. Porter
Circuit Judge

Dated: December 10, 2019
Lmr/cc: Amro A. Elansari
Martha Gale